# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0128. JACQUELINE BOSBY et al. v. BRODY ROBERT MCMORRIS et al.**

Jacqueline Bosby seeks to appeal the trial court's order granting summary judgment to defendant Brody Robert McMorris in this vehicle collision case.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is directly appealable and the applicant has not already filed a timely notice of appeal.  See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. Bosby shall have ten days from the date of this order to file a notice of appeal in the trial court. If she has already filed a timely notice of appeal from the order at issue here, she need

not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/17/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*